√# 107  # 128228

FILED

2010 JAN 15 PM 3:07

CLERK U S
BANKRUPTCY COURT
TOLEDO, OHIO



UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re:    WHITAKER, JULIE A          Case No.  08-31419

Judge RICHARD L. SPEER

<u>REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE</u>

I, the undersigned trustee of the above named bankrupt, do hereby report that
the following is a list of the names and addresses of the persons entitled to dividends of less than
five dollars, showing the respective amounts payable to them.

| Payee                                    | Amount |
|------------------------------------------|--------|
| Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111 | $3.88 |
| American Electric Power, PO Box 2021, Roanoke, VA 24222 | 3.40 |
| John Clarke DPM, 1900 Hayes Ave, Fremont, OH 43420 | 1.59 |
| Finance Service of Norwalk, PO Box 1, Norwalk, OH 44857 | 4.07 |
| Chase Bank USA, NA, PO Box 740933, Dallas, TX 75374 | 3.62 |
| Time Warner Cable, 1015 Olentangy River Rd., Columbus, OH 43212 | 3.60 |
| Myers-De's Propane, 2145 Napoleon St., Fremont, OH 43420 | 0.99 |
| LVNV Funding, LLC, Resurgent Capital Services, PO B0x 10587, Greenville, SC  29603-0587 | 4.21 |
| LVNV Funding, LLC – same as above | 2.06 |
| Capital Recovery II, 25 SE 2nd Ave, Ste. 1120, Miami, FL 33131 | 2.41 |
| Verizon North, 404 Brock Drive, Bloomington, IL 61701 | 3.36 |

Check for $33.19 payable to the Clerk of the United States Bankruptcy Court for deposit
into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
John N. Graham, Trustee

Dated:

Cc:
Office of the U.S. Trustee